Edwin Hamilton, appellant, v. Thomas J. Grady, appellee. Gen. No. 38,285.

 Heard in the second division of this court for the first district at the June term, 1935. Opinion filed October 19, 1937.

Hortsman, Linder, Pelnar & Bernard, for appellant. Max Murdock and Robert McCormick Adams, for appellee; Ross Langdon, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Frances Prihodski, administratrix of estate of Felix Gurrister, deceased, appellee, v. Atchison, Topeka and Santa Fe Railway Company, appellant. Gen. No. 38,971.

Heard in the second division of this court for the first district at the October term, 1936. Opinion filed October 19, 1937. Rehearing denied November 2, 1937.

Emmet Trainor and F. W. Miller, for appellant; Charles H. Woods, of counsel. Charles E. Carpenter, for appellee; John C. Melaniphy, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

George A. McKinlock, appellee, v. 205 West Jackson Building Corporation, appellant. Gen. No. 38,996.

 Heard in the second division of this court for the first district at the October term, 1936. 
Opinion filed October 19, 1937. Rehearing denied November 2, 1937.

Samuel A. & Leonard B. Ettelson, for appellant; Samuel A. Ettelson, Edward C. Higgins and Leon R. Gross, of counsel. Defrees, Buckingham, Jones & Hoffman, for appellee; Richard Yates Hoffman and Chas. O. Butler, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Anita Fishman, appellee, v. Edith E. Slack et al., defendants. Edna Harris Smith, appellant. Gen. No. 39,217.

 Heard in the second division of this court for the first district at the October term, 1936. Opinion filed October 19, 1937. Rehearing denied November 2, 1937.

Heber T. Dotson and Dewey W. Ragan, for appellant; Heber T. Dotson, of counsel. Epstein & Epstein, for appellee; Bernard Epstein and Morris D. Spiegel, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.